UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT RUBIO,

              Plaintiffs,

      v.

BEAMER INVESTMENT
CORPORATION,

           Defendants.

Case No.  23-cv-03546-SI  (SI)

**PRETRIAL PREPARATION ORDER
(CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:  Deadline to notify Court of Mediator Name and Date:  11/3/2023.  Deadline to Completed Private Mediation:  8/30/2024.

FURTHER CASE MANAGEMENT: 2/23/2024 at 3:00 PM.
Counsel **must** file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 10/4/2024.

DESIGNATION OF EXPERTS: 10/11/2024;
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 10/31/2024.

DISPOSITIVE MOTIONS **SHALL** be filed by; 11/1/2024;
        Opp. Due: 11/15/2024; Reply Due: 11/22/2024;
        and set for hearing no later than 12/6/2024 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  1/7/2025
PRETRIAL CONFERENCE DATE: 1/21/2025 at 1:30 PM.

JURY TRIAL DATE: 2/3/2025 at 8:30 AM.
        Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 9 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

United States District Court
Northern District of California

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

   **IT IS SO ORDERED**.


Dated: October 23, 2023

SUSAN ILLSTON
United States District Judge